# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Roman Zilberman**
**Liliya Zilberman**                                                         Case No.  **15-10093**
                                                    Debtor(s)                Chapter   **13**

## ORDER

AND NOW, on this 5th day of AUG, 2015, upon review and consideration of Debtor, Liliya Zilberman's, Motion for Approval of Loan Modification for the real property located at 4035 Green Street, Philadelphia, PA 19104, it is hereby ORDERED AND DECREED that the Motion for Approval of Loan Modification is Granted.

_____ J.

**Judge Stephen Raslavich**